U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. _____

**UNITED STATES OF AMERICA**

v.

_____/

Inmate Name: _____

Booking # _____

**PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by its United States Attorney, shows to the Court:

1. An _____ are pending in this Court against _____ the above styled case, and it is set for as to the defendant on _____ at _____

2. The defendant is now confined in the _____ at _____

3. It is necessary to have the defendant before this Court for an _____ as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said _____ and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

JEFFREY H. SLOMAN A
UNITED STATES ATTORNEY

By: _____ *[signature]*

ASSISTANT UNITED STATES ATTORNEY

cc:   U.S. Attorney (AUSA _____ )